Robert Gamez SANCHEZ, Petitioner—
Appellant,

v.

Joe COAKLEY, Warden; J.F. Caraway,
Warden, Respondents—Appellees.

No. 11–6203.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 9, 2011.

Decided: Sept. 1, 2011.

Robert Gamez Sanchez, Appellant Pro Se. Allen F. Loucks, Assistant United

States Attorney, Baltimore, Maryland, for Appellees.

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Gamez Sanchez, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sanchez v. Coakley*, No. 1:10–cv–01585–CCB, 2011 WL 334692 (D. Md. filed Jan. 28, 2011 & entered Jan. 31, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*